IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rogers-Harris, Rose S | Case Number: 05 B 45715 |
| | Judge: Hollis, Pamela S |
| Printed: 10/29/08 | Filed: 10/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 25, 2008
Confirmed: November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 33,410.00 | |
| Secured: | | 7,856.25 |
| Unsecured: | | 5,852.96 |
| Priority: | | 16,115.16 |
| Administrative: | | 1,764.50 |
| Trustee Fee: | | 1,793.33 |
| Other Funds: | | 27.80 |
| Totals: | 33,410.00 | 33,410.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,764.50 | 1,764.50 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Loyola University Employees Federal C U | Secured | 2,276.22 | 2,276.22 |
| 4. | Cook County Treasurer | Secured | 1,153.65 | 1,153.65 |
| 5. | EMC Mortgage Corporation | Secured | 4,426.38 | 4,426.38 |
| 6. | Illinois Dept of Revenue | Priority | 2,444.07 | 2,444.07 |
| 7. | Internal Revenue Service | Priority | 13,671.09 | 13,671.09 |
| 8. | Bank Of America | Unsecured | 1,430.41 | 185.27 |
| 9. | SMC Collections | Unsecured | 1,300.33 | 168.43 |
| 10. | RoundUp Funding LLC | Unsecured | 2,580.49 | 334.26 |
| 11. | Resurgent Capital Services | Unsecured | 1,276.44 | 165.33 |
| 12. | Cook County Treasurer | Unsecured | 16.50 | 0.00 |
| 13. | Capital One | Unsecured | 6,620.66 | 857.57 |
| 14. | Internal Revenue Service | Unsecured | 285.17 | 36.93 |
| 15. | Loyola University Employees Federal C U | Unsecured | 73.20 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 517.22 | 52.61 |
| 17. | ECast Settlement Corp | Unsecured | 7,525.86 | 974.82 |
| 18. | ECast Settlement Corp | Unsecured | 5,807.82 | 752.28 |
| 19. | ECast Settlement Corp | Unsecured | 4,939.37 | 639.80 |
| 20. | Resurgent Capital Services | Unsecured | 2,299.48 | 297.85 |
| 21. | Resurgent Capital Services | Unsecured | 10,713.88 | 1,387.81 |
| 22. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 23. | Category Payment Recovery | Unsecured | | No Claim Filed |
| 24. | CB USA Sears | Unsecured | | No Claim Filed |
| 25. | Category Payment Recovery | Unsecured | | No Claim Filed |
| 26. | Citibank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rogers-Harris, Rose S

Printed: 10/29/08

Case Number:  05 B 45715
Judge:  Hollis, Pamela S
Filed:  10/7/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Harris Bank | Unsecured | | No Claim Filed |
| 28. Northwest Collectors | Unsecured | | No Claim Filed |
| 29. Loyola University Chicago | Unsecured | | No Claim Filed |
| 30. Sams Club | Unsecured | | No Claim Filed |
| | | $ 71,122.74 | $ 31,588.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 402.60 |
| 5% | 154.01 |
| 4.8% | 295.68 |
| 5.4% | 748.08 |
| 6.5% | 192.96 |
| | $ 1,793.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

